■ RICHARD J. BRIGNOLI, Appellant, v BALCH, HARDY & SCHEINMAN, INC., Respondent.—Judgment, Supreme Court, New York County (Herman Cahn, J.), entered July 13, 1991, which, after a jury trial, rendered judgment for defendant, unanimously reversed, and a new trial ordered, with costs.

In this action for breach of contract and violation of trade secrets, the IAS court erroneously charged the jury in a way that left a clear impression that the burden of proof was on the plaintiff that he, and not a successor corporation, was the real party in interest. The defendant bears the burden of proof on an affirmative defense *(see, e.g., Kramer v City of New York,* 173 AD2d 155, *lv denied* 78 NY2d 857), including one

that asserts that the plaintiff is not the real party in interest *(Cleary v Dykeman,* 162 App Div 897). The erroneous charge on the burden of proof warrants a new trial *(see, Wilson v Nationwide Mut. Ins. Co.,* 168 AD2d 912, *lv dismissed* 77 NY2d 940).

In view of the foregoing we need not reach plaintiff's other arguments. Concur—Carro, J. P., Rosenberger, Ellerin, Kupferman and Ross, JJ.